[No. 2855-1. Division One. March 24, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE GENE SINCLAIR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 65800, Frank J. Eberharter, J., entered February 25, 1974. *Affirmed* by unpublished opinion per Callow, J., concurred in by Williams, C.J., and Farris, J.

[No. 2785-1. Division One. March 24, 1975.]

GLEN A. BROWNLEE, *Respondent*, v. JOELL S. BROWNLEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. D-7119, Frank J. Eberharter, J., entered January 10, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 2347-1. Division One. March 24, 1975.]

HUGH A. HALL et al, *Appellants*, v. CORPORATION OF CATHOLIC ARCHBISHOP OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 705253, W. R. Cole, J., entered May 16, 1973. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris and James, JJ.

[No. 2895-1. Division One. March 24, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY D. LONG et al, *Defendants*, RANDALL ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 6105, Thomas G. McCrea, J., entered February 27, 1974. *Affirmed* by unpublished opinion per Callow, J., concurred in by Farris and Andersen, JJ.